IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **LARRY RUMBOUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:19-cv-00490-AT-JSA |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC and NATIONAL** | ) | |
| **CONSUMER TELECOM &** | ) | |
| **UTILITIES EXCHANGE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO STAY CASE

Plaintiff, Larry Rumbaugh, and Defendants, Equifax Information Services LLC ("Equifax") and National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), by their respective counsel, and file their Joint Motion to Stay Case, and, in support thereof, state as follows:

1. This is a case under the Fair Credit Reporting Act ("FCRA"). Plaintiff alleges that Defendants violated the FCRA's permissible purpose requirement in relation to his NCTUE credit file. Defendants deny these claims.

2. The central claims, both Defendants, and all counsel of record, are the same in this case as those in another case pending in this court, *Glenn Heagerty v. Equifax Information Services LLC, et al.,* Case No. 1:18-cv-01233-CAP-CMS

("*Heagerty*").

3. *Heagerty* was filed on March 23, 2018 and the deadline for dispositive motions is April 8, 2019

4. The parties in *Heagerty* have undertaken extensive discovery and depositions on the same issues presented in this case.

5. In the interests of judicial economy and reducing time and expense to the court and the parties, the parties jointly request a stay of this case pending the anticipated decision on cross motion for summary judgment in *Heagerty*.

6. Such a stay would eliminate the need to conduct much of the same discovery, and take many of the same depositions, as in *Heagerty*.

7. The parties anticipate that the Court's rulings in *Heagerty* will inform their settlement discussions, and possibly the outcome of this case, and respectfully submit that a stay of this case is appropriate under the circumstances.

WHEREFORE, the parties request that their motion be granted.

Respectfully submitted this 8th day of March 2019.

                                            MCRAE BERTSCHI & COLE, LLC

                                            */s/*    *Craig Edward Bertschi*
                                            Charles Jackson Cole
                                            Craig Edward Bertschi
                                            1350 Center Drive, Suite 200
                                            Dunwoody, GA 30338

Tel: 678-999-1105
Fax: 404-525-4347
Email: cjc@mcraebertschi.com
Email: ceb@mcraebertschi.com
*Attorneys for Plaintiff Larry Rumbough*

KING & SPALDING LLP

By: /s/ *J. Anthony Love*
J. Anthony Love (Ga. Bar No. 459155)
N. Charles Campbell (Ga. Bar No. 210929)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email:  ccampbell@kslaw.com
Attorneys for Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc.

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: _____                    _____
                                                                    Honorable Amy Totenberg
                                                                    Judge, United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to:

Charles Jackson Cole
Craig Edward Bertschi
McRae Bertschi & Cole, LLC
Suite 200
1350 Center Drive
Dunwoody, GA 30338

/s/ *N. Charles Campbell*
N. Charles Campbell
Attorneys for Equifax Information Services LLC and National Consumer Telecom & Utilities Exchange, Inc.