IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY RUMBOUGH, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:19-CV-0490-AT-JSA |
| EQUIFAX INFORMATION SERVICES LLC and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., | : |
| Defendants. | : |

## **O R D E R**

The above-captioned action is before the Court on the parties' Joint Motion to Stay Case [8] ("Motion to Stay"). The parties request that this action be stayed pending the resolution of the summary judgment motions that the parties intend to file on or before April 8, 2019, in *Heagerty v. Equifax Information Services, LLC, et al.*, Civil Action No. 1:18-CV-1233-CAP-CMS ("the *Heagerty* case"). The parties contend that the central claims and issues in this case, and the counsel of record, are the same as those in the *Heagerty* case, and that a stay of this case pending the resolution of the issues in the *Heagerty* case would promote judicial economy and reduce time and expense to the Court and all parties. The parties contend that a stay in this case would eliminate the need to conduct much of the same discovery and take many of the same depositions as those already taken in the *Heagerty* case.

Accordingly, for good cause shown, the Motion to Stay [8] is **GRANTED**. This action is **STAYED** pending the resolution of the summary judgment motions in the *Heagerty* case. The parties are **ORDERED** to file a joint status report in this case within **fourteen (14) days** of the entry of the final order of the District Court ruling on the summary judgment motions in the *Heagerty* case.

**IT IS SO ORDERED** this 8th day of March, 2019.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE