IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| ORDER AND NOTICE FOR ALL | : |
| CIVIL CASES ASSIGNED TO | : |
| DOCKET OF JUDGE TOTENBERG | : |

**ORDER AMENDING EARLIER GENERAL NOTICE AND ORDER
RELATING TO CIVIL CASES ON
<u>JUDGE TOTENBERG'S DOCKET</u>**

The amends the Court's Order issued earlier on this date to clarify that civil cases assigned to Magistrate Judges for pretrial proceedings and that remain before the designated Magistrate Judge are subject exclusively to the scheduling and case management directives of the Magistrate Judge. Accordingly, any extensions referenced in paragraphs (3) and (8) of the Court's earlier Order are not applicable to cases in pretrial proceedings before the Magistrate Judges.

**SO ORDERED** this 17th day of March, 2020.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**