IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LARRY RUMBOUGH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:19-cv-0490-AT |
| | : | |
| EQUIFAX INFORMATION | : | |
| SERVICES, LLC, *et al*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

On March 31, 2020, the Parties in this action filed a Status Report [Doc. 13], that a settlement had been reached.

As no matters remain pending before this court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE**[1] this action. The Parties directed to file a joint stipulation of dismissal on or before April 30, 2020. In the event that settlement is not consummated by that time, Plaintiff may move to reopen this action.

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

It is so **ORDERED** this 31st day of March, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**